Lawrence J. Warfield
Bankruptcy Trustee
P.O. Box 14647
Scottsdale, AZ 85267
(480) 948-1711

UST-31, 3-03

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| KESTERSON, JASON EDWIN | ) CASE NO. 08-05088-RTBP |
| KESTERSON, SUSANNE GESINE | ) |
| | ) |
| | ) SECOND AMENDED PETITION TO |
| Debtor(s) | ) PAY DIVIDEND IN AMOUNT LESS |
| | ) THAN $5.00 TO THE CLERK OF |
| | ) THE U.S. BANKRUPTCY COURT |

Lawrence J. Warfield, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 14 | HSBC Bank Nevada, M.A.<br>% Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | $3.18 |

*March 10, 2010*  /s/ *Lawrence J. Warfield*
DATE  Lawrence J. Warfield, Trustee